**O**
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIYEDUN,<br><br>                    Plaintiff,<br><br>        v.<br><br>AUTOCRED, INC. et al.,<br><br>                    Defendants. | Case No. 2:24-cv-04341-ODW (ASx)<br><br>**FINAL JUDGMENT** |

///

///

///

///

///

///

///

///

///

///

///

///

1

Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment, (Dkt. No. 61), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. **JUDGMENT** is entered in favor of Plaintiff and against Defendant Reign Recovery Services, Inc., in accordance with this Court's Order Granting Plaintiff's Motion for Default Judgment;

2. The Court **AWARDS** Plaintiffs damages in the amount of $20,518.46; and

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

February 17, 2026

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**